**Abatement Order filed February , 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01011-CR
_____

**HUMBERTO LOPEZ-MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCR-060861A**

---

## ABATEMENT ORDER

On January 16, 2014, appellant's counsel advised the court of the death of appellant and moved to permanently abate this appeal. On January 27, 2014, a certificate of death was filed, showing that appellant died on October 29, 2013.

The death of an appellant during the pendency of an appeal deprives this court of jurisdiction. *See Ryan v. State*, 891 S.W.2d 275 (Tex.Crim.App.1994). When an appellant dies after an appeal is perfected, but before this court issues the

mandate, the appeal is to be permanently abated. *See* Tex. R. App. P. 7.1(a)(2).

Accordingly, we order the appeal permanently abated.


PER CURIAM


Panel consists of Justices McCally, Busby and Donovan.